# Exhibit 2

State Court Docket

Language Access
English

**Case Information** | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **CASE INFORMATION:** | 26VECV01141 |
| **Case Title:** | STUBBS ALDERTON & MARKILES, LLP VS HONORSOCIETY.ORG INC., ET AL. |
| **Filing Courthouse:** | Van Nuys Courthouse East |
| **Filing Date:** | 2/25/2026 |
| **Case Type:** | Collections Case - Seller Plaintiff (General Jurisdiction) |
| **Status:** | Pending |

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

☐ Print New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | **FUTURE HEARINGS** | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | | |
|---|---|---|---|---|
| **6/25/2026** | 08:30 | Department W | 6230 Sylmar Ave., Van Nuys, CA 91401 | Case Management Conference |

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | **PARTY INFORMATION** | Documents Filed | Past Proceedings

| | |
|---|---|
| **FRIEDLAND STEVEN ESQ** | Attorney for Plaintiff |
| **HONORSOCIETY.ORG INC.** | Defendant |
| **MORADIAN MICHAEL** | Defendant |
| **STUBBS ALDERTON & MARKILES LLP** | Plaintiff |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | **Documents Filed** | Past Proceedings

| | | |
|---|---|---|
| **2/26/2026** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| **2/26/2026** | Notice of Case Management Conference | Filed by Clerk |
| **2/25/2026** | Alternative Dispute Resolution Packet | Filed by Clerk |
| **2/25/2026** | Civil Case Cover Sheet | Filed by STUBBS ALDERTON & MARKILES, LLP (Plaintiff) |
| **2/25/2026** | Complaint | Filed by STUBBS ALDERTON & MARKILES, LLP (Plaintiff) |
| **2/25/2026** | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| **2/25/2026** | Summons on Complaint | Filed by STUBBS ALDERTON & MARKILES, LLP (Plaintiff) |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | **Past Proceedings**

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **2/26/2026** | Case Management Conference scheduled for 06/25/2026 at 08:30 AM in Van Nuys Courthouse East at Department W |
| **2/26/2026** | Notice of Case Management Conference; Filed by: Clerk |
| **2/26/2026** | Clerks Certificate of Service By Electronic Service; Issued and Filed by: Clerk; As to: STEVEN FRIEDLAND, ESQ (Attorney) |
| **2/25/2026** | Complaint; Filed by: STUBBS ALDERTON & MARKILES, LLP (Plaintiff); As to: HONORSOCIETY.ORG INC. (Defendant); MICHAEL MORADIAN (Defendant) |
| **2/25/2026** | Civil Case Cover Sheet; Filed by: STUBBS ALDERTON & MARKILES, LLP (Plaintiff); As to: HONORSOCIETY.ORG INC. (Defendant); MICHAEL MORADIAN (Defendant) |
| **2/25/2026** | Summons on Complaint; Issued and Filed by: STUBBS ALDERTON & MARKILES, LLP (Plaintiff); As to: HONORSOCIETY.ORG INC. (Defendant); MICHAEL MORADIAN (Defendant) |
| **2/25/2026** | Alternative Dispute Resolution Packet; Filed by: Clerk |
| **2/25/2026** | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |
| **2/25/2026** | Case assigned to Hon. Wendy L. Wilcox in Department W Van Nuys Courthouse East |

Back To Top

Steven Friedland, Esq. (#170453)
5805 Sepulveda Blvd., #400
Sherman Oaks, CA 91411
Telephone: 818-908-6860
Email: steven.friedland@caine-weiner.com

Electronically FILED by Superior Court of California, County of Los Angeles 2/25/2026 3:42 PM David W. Slayton, Executive Officer/Clerk of Court, By P. Diaz, Deputy Clerk

Attorney for plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, NORTHWEST DISTRICT
(Unlimited Jurisdiction)

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP<br><br>Plaintiff,<br><br>vs.<br><br>HONORSOCIETY.ORG INC.;<br>MICHAEL MORADIAN;<br>and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 26VECV01141<br><br>COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT, UPON OPEN BOOK ACCOUNT, ACCOUNT STATED AND QUANTUM MERUIT |

Plaintiff alleges:

FIRST CAUSE OF ACTION
(Breach of Contract)

1. At all material times hereto plaintiff, Stubbs Alderton & Markiles, LLP, has been a limited liability partnership carrying on business in the city of Sherman Oaks, county of Los Angeles, state of California.

2. Plaintiff is informed and believes and thereon alleges that at all material times hereto, defendant, HonorSociety.org Inc., has been a Nevada corporation transacting business with plaintiff in the city of Sherman Oaks, county of Los Angeles, state of California.

3. Plaintiff is informed and believes and thereon alleges that at all material times hereto, defendant, Michael Moradian, has been an individual transacting business with plaintiff in the city of Sherman Oaks, county of Los Angeles, state of California.

4. The true names and capacities of defendants named herein as Does 1 to 10 inclusive, are unknown to plaintiff at this time, who therefore sues said defendants by such fictitious names; plaintiff will ask leave of court to amend this complaint to insert the true names and capacities of such fictitiously named defendants when they have been ascertained. Plaintiff alleges on information and belief that such defendants are responsible for the debts hereinafter alleged.

5. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, each of the fictitiously and specifically named defendants herein was the agent, servant or employee of each of the remaining defendants and was at all times herein mentioned acting within the course and scope of such agency, authority and employment.

6. This action is not subject to the provisions of sections 1812.10 or 2984.4 of the California Civil Code.

7. The obligations and claims sued upon herein were made and entered into and, by the terms thereof, were made payable in the instant judicial district.

8. During the last four years, pursuant to a written agreement, plaintiff rendered services to defendants, at their request, in an amount of $486,221.45. Pursuant to said agreement, defendants agreed to pay interest at the rate of 10% per annum and attorney fees in the event of default. A copy of the agreement is attached hereto as exhibit “A”.

9. On or about December 31, 2025, plaintiff mailed notice of client’s right to fee arbitration to defendants. Defendants failed to respond. A copy of the notice is attached hereto as exhibit “B”.

10. Plaintiff has performed all conditions and promises required to be performed in accordance with the terms and conditions of said contract.

11. Defendants have breached the terms and conditions of said contract by failing to pay the agreed upon consideration.

12. As a result of defendants' breach of said contract, plaintiff has incurred damages in the sum of $486,221.45 together with interest at the rate of 10% per annum from August 31, 2024.

SECOND CAUSE OF ACTION
(Open Book Account)

13. Plaintiff incorporates the allegations of paragraphs 1 through 12 of the first cause of action as though fully set forth.

14. Within four years preceding the commencement of this action, at the defendants' special instance and request, defendants became indebted to plaintiff in the sum of $486,221.45 for a balance due on a book account as defined by section 337a. of the California Code of Civil Procedure for services rendered by plaintiff to defendants. No part of said sum has been paid, although demand has been made, and there is now due, owing and unpaid the sum of $486,221.45 together with interest at the rate of 10% per annum from August 31, 2024.

THIRD CAUSE OF ACTION
(Account Stated)

15. Plaintiff incorporates the allegations of paragraphs 1 through 12 of the first cause of action as though fully set forth.

16. Within four years preceding the commencement of this action, an account was stated by and between plaintiff and defendants, wherein it was ascertained, determined and agreed that defendants were indebted to plaintiff in the sum of $486,221.45 together with interest at the rate of 10% per annum from August 31, 2024 which amount remains unpaid despite defendants' promise to pay.

FOURTH CAUSE OF ACTION
(Quantum Meruit)

17. Plaintiff incorporates the allegations of paragraphs 1 through 12 of the first cause of action as though fully set forth.

18. Within four years last past, plaintiff rendered services to defendants at the request of defendants, the value of which defendants agreed to repay therefor.

19. The value of said services at the time of performance and delivery was $486,221.45.

20. No part of the above sum has been paid although demand has been made therefor, and there is now due, owing and unpaid the said amount of $486,221.45 together with interest at the rate of 10% per annum August 31, 2024.

WHEREFORE, plaintiff respectfully prays for judgment against defendants as follows:

1. For damages on the first, second, third and fourth causes of action in the amount of $486,221.45;
2. For interest thereon at the rate of 10% per annum from August 31, 2024;
3. For costs of suit incurred herein;
4. For reasonable attorney fees; and

5. For such other and further relief as the court deems just and equitable.

Dated: February 25, 2026

Steven Friedland

Steven Friedland
Attorney for plaintiff

SA&M | STUBBS ALDERTON & MARKILES, LLP

Kevin D. DeBré
Partner
Direct Voice 818.444.4521
Direct Fax 818.444.6321
Mobile 323.251.9929
E-Mail kdebre@stubbsalderton.com

May 2, 2022

**VIA E-MAIL** *[mdmoradian@gmail.com]*

Attn: Mike Moradian
HonorSociety.org, Inc.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

**Re: New Matter Letter; HonorSociety.org, Inc.**

Dear Mike:

We are pleased to represent HonorSociety.org, Inc. and you, as an individual ("you" or "clients") in connection with your dispute with Phi Theta Kappa Honor Society.

We will provide those legal services reasonably required to represent you in connection with the action identified above and will keep you informed of our progress and respond to all inquiries. We are not undertaking, in this matter or for purposes of any conflict of interest analysis, to represent, or to assume any duties to, any individual other than you or any other entity who may be affiliated with or otherwise related to you or any affiliated or related entity.

All attorneys and paralegals who will work on the matter have been assigned an hourly rate and will separately record their time. I will be supervising this matter. The hourly rates to be applied to this matter are those as set forth on the attached schedule. All hourly rates will be billed in increments of 1/10 an hour. The firm will charge for services undertaken in providing legal services under this Agreement, including but not limited to telephone calls, preparation and participation in meetings and other activities, preparation and review of correspondences and other documents, legal research, court appearances, travel to and from court, waiting time in court and other time spent by us in connection with our representation of you. The legal personnel assigned to the matter will confer amongst themselves about the matter as required. When they do confer, each person will charge for the time expended. The Firm will charge for travel time, both local and out of town (to the extent such charges apply). Our fees will be determined by multiplying the number of hours devoted to the matter by our applicable billing rates.

We reserve the right to change our hourly rates by giving you at least 30 days written notice, in which event the hourly rates set forth in said notice shall be the new hourly rates applicable to any matters for which we are currently representing you. In that regard, we advise you that it is our standard billing practice to increase the billing rate for our associates each year within our

existing rate structure to reflect an additional year of experience and seniority in the practice of law, without sending a separate notice.

We will incur various costs and other charges in performing legal services under this Agreement. You agree to pay for those costs and other charges in addition to the hourly fees. The costs and other charges commonly incurred include process servers' fees, fees fixed by law or assessed by courts and other public agencies, court reporters' fees, witness fees, overnight mail, messenger and other delivery fees, charges for computer research, data storage, retrieval and management, investigation expenses, mileage and parking, travel expenses, including transportation, meals, lodging and all other costs of any out-of-town travel, material photocopying and other reproduction costs, clerical staff overtime, and other similar items. Disbursement amounts in excess of $500.00 will be routed directly to you for direct payment.

You have agreed to pay us a fee deposit in the amount of $15,000.00, payable upon execution of this Agreement. Payment of billable hourly attorneys' fees, costs and other charges incurred shall be paid monthly, and are due upon receipt of each monthly statement. If you prefer to pay by credit card, please note that a 3.5% processing fee will be added. If our bills are not paid within 30 days after the date of the invoice, we may declare the account delinquent. If you have an objection to a statement or any portion thereof, you must tell us within 10 days of receipt of any statement. In the absence of any written objection by you to a statement, or any portion thereof, the statement will be deemed acceptable as and when billed. If we declare the account delinquent, we may immediately discontinue rendering legal services. We will also charge interest on all amounts owed to us at a rate of 10% per annum compounded annually from the date that you are notified that your account is delinquent until all outstanding statements are paid, provided that such interest rate may not exceed the maximum rate permitted by applicable law. If the account is delinquent, any payments that are made will be applied first to any accrued interest and then to amounts owed under the outstanding statements in chronological order. If we declare your account delinquent, we are also entitled to be reimbursed for any costs that we incur in collecting the past due statements.

Two points already covered above, that nonetheless deserve emphasis with respect to the fee deposit: First, when we send our first invoice (and any subsequent invoices), we do expect (and you should expect) that we will *not* deduct the then-amount owing from the fee deposit – that would not be our common practice, as it is to be held as an "evergreen". Second, in advance of any unforeseen event that we believe will cause you to incur substantial fees beyond those we now contemplate, we will request an increase of that deposit to a level commensurate with the anticipated fees, costs and other charges expected to be incurred in connection with that event.

If our representation of you involves actual or reasonably anticipated litigation, you have a duty to take affirmative steps to preserve all potentially relevant evidence, including both paper documents and electronically stored information (such as email, text messages, word processing documents, spreadsheets, databases, calendars, voice mail and other computer network information) that may be relevant to the litigation on both business and non-business computers,

hand-held devices, tablets, etc. For that reason, you must: (1) immediately suspend any document destruction programs to the extent such programs might lead to the destruction of evidence that may be relevant to the litigation; and (2) continue the preservation of such evidence until the litigation is resolved. Ensuring the preservation and retention of all potentially relevant evidence is not an easy task, but there can be severe consequences from even an inadvertent failure to do so. We are available to consult with you regarding an appropriate "litigation hold" and retrieval program on all reasonable sources of potentially relevant information.

From time to time, after obtaining your consent, we may engage various experts in the course of our representation of you, including other attorneys with legal specialties outside of our core areas of practice. Such an arrangement may protect the services that such experts perform under the attorney work-product doctrine. If we engage any such experts, you will rely solely on them with respect to their advice and will remain primarily responsible for paying their fees and expenses.

In connection with this and any other matter we are engaged on your behalf, you grant us a lien for unpaid attorneys' fees against any recovery, award, settlement or judgment, or any money, assets or other consideration arising out of or relating to all work performed for you or for matters for which we are representing you. This lien survives any termination of our representation of you. This lien acts as security for payment due to us by you. This lien secures any sums due and owing to us for fees and costs incurred during the period that we are performing any services for you or representing you in any matter, whether during or after the conclusion of our services, plus any interest due thereon. You may seek the advice of an independent lawyer of your choice regarding this lien and the terms of this Agreement. By signing this Agreement, you acknowledge that you have been so advised and given a reasonable opportunity to seek that advice. The legal fees and fee arrangements set forth in this letter are not set by law but are negotiable (and have been negotiated).

Nothing in this Agreement and nothing in any statement made to you during the course of our representation shall be construed as a promise or guarantee about the outcome of this matter. We make no such promises or guarantees. If we provide an "estimate" to you of fees and/or costs it is just that, an "estimate" and nothing more. Under no circumstances shall any estimate be construed by you or anyone as a "cap" on our fees and/or costs.

In fulfilling our professional obligations, the firm may from time to time wish to consult with its own internal or outside counsel regarding matters relating to this representation. By accepting this letter, you hereby consent to such consultations, waive any conflict of interest that may be deemed to arise between the firm and you from the fact of any such consultations, and agree that the substance of any such consultations need not be shared with you and will be treated as attorney-client privileged communications between the firm and its counsel and/or as attorney work product subject to the protections of the work product doctrine.

We look forward to a productive and enduring relationship. It is understood, however, that subject to ethical rules, you or we may terminate our representation at any time, with or without cause, at which time all fees and expenses associated with our representation will be immediately due and payable. Absent termination as described above, our representation shall be deemed concluded upon completion of our work in this matter. Once our engagement has concluded, it is understood and agreed that we will have no continuing duty to advise you regarding future developments, deadlines, or changes in law that may be relevant to its matter or to provide future legal services in connection with this matter, unless we agree to provide such advice or services pursuant to a further written agreement with you.

Unless otherwise agreed, in the event that any third-party seeks production of your materials from our files or testimony from any of our lawyers concerning this matter, whether during or after our representation you agree to reimburse us at our then prevailing rates for any reasonable fees and expenses we may incur in connection therewith.

At the conclusion of this matter if you have not accepted the release of your papers and property to you, we may store your papers and property during which time we shall bill you, semi-annually for storage-related costs and payment shall be due upon receipt of the bill. Further, at the conclusion of this matter, if you have not sought or agreed to accept the return of your papers and property within five years of said conclusion, we may at our sole discretion destroy any of the papers or property in our possession.

Please sign this Agreement in two places – on behalf of yourself and HonorSociety.org, Inc. – and return a copy to me. Thank you for giving us the opportunity to represent you. Please feel free to call if you have any questions or comments about this Agreement or about our engagement.

Very truly yours,

Kevin D. DeBré

*[Signature Page to Follow]*

**WE AGREE TO THE TERMS OF REPRESENTATION SET FORTH ABOVE:**

HONORSOCIETY.ORG, INC.

Date: May 3, 2022

By: Michael Moradian
Its:

MICHAEL MORADIAN

Date: May 3, 2022

Michael Moradian

# Notice of Client's* Right To Fee Arbitration

| | | | |
|---|---|---|---|
| Client's Name: | HonorSociety.Org Inc. and Michael Moradian | Attorney's Name: | Jeffrey F. Gersh/Stubbs Alderton & Markiles |
| Client's Address: | See attached Proof of Service | Attorney's Address: | 15260 Ventura Blvd., 21st Floor |
| Client's City, State & Zip: | | Attorney's City, State & Zip: | Sherman Oaks, CA 91403 |

You have an outstanding balance for fees and/or costs for professional services in the amount of $478,749.45 charged to you in the matter of Phi Theta Kapp Honor Society, USDC, Mississippi, Case No. 3:22-cv-208-CWR-FKB

☐ I have filed a lawsuit against you in the: Court: ______ Case No.: ______ Address: ______

☐ I have filed an arbitration proceeding against you with the: Agency: ______ Case No.: ______ Address: ______

☑ No lawsuit or arbitration proceeding has yet been filed but may be filed if we do not resolve this claim.

You have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of these fees or costs by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION UNDER THIS PROGRAM if:

1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN **30 DAYS** FROM RECEIPT OF THIS NOTICE USING A FORM PROVIDED BY THE LOCAL BAR ASSOCIATION OR STATE BAR OF CALIFORNIA FEE ARBITRATION PROGRAM; OR
2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR
3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

I have the right to file a lawsuit against you if you give up your right to mandatory fee arbitration. If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program.

I have determined that:

◉ There is a local program which may have jurisdiction to hear this matter. The arbitration program listed below is available to you:

| | |
|---|---|
| Name of Program: | ACMAS, Los Angeles County Bar Association |
| Address: | P.O. Box 55020 |
| City, State & Zip: | Los Angeles, CA 90055-2020 |
| Telephone No.: | (213) 896-6426 |

You may wish to check the State Bar's website at www.calbar.ca.gov to see if there are other programs available to you.

○ There is no approved local program which has jurisdiction to hear this matter.

The State Bar of California will conduct fee arbitration (1) where there is no approved local program, (2) where there is a local program but it declines for any reason to hear your case, (3) where there is a local program and you wish non-binding arbitration of this dispute and the local program refuses to allow non-binding arbitration of your dispute, or (4) if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020

Date: December 31, 2025 Attorney: [signature]

*The request for arbitration may also be made by a person who is not the client but who may be liable for or entitled to a refund of attorney's fees or costs.

(Mandatory State Bar Approved Form Rev. March 2013)

"B"

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
21ST FLOOR
SHERMAN OAKS, CALIFORNIA 91403

## ATTACHMENT TO NOTICE OF CLIENT'S RIGHT TO FEE ARBITRATION

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15260 Ventura Blvd., 21st Floor, Sherman Oaks, California 91403.

On December 31, 2025 I served the document(s) described as **NOTICE OF CLIENT'S RIGHT TO FEE ARBITRATION** on the interested parties in this action as follows:

☒ **(BY CERTIFIED MAIL)** I am personally and readily familiar with the business practice of Stubbs Alderton & Markiles, LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California to the address(es) set forth below.

☐ **(BY OVERNIGHT DELIVERY)** I am personally and readily familiar with the business practice of Stubbs Alderton & Markiles, LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☐ **(BY PERSONAL DELIVERY)** By causing true copies of the document(s) listed above to be personally served at the address(es) set forth below on this date by First Legal Support Services.

☐ **(BY ELECTRONIC SERVICE)** By electronically mailing a true and correct copy through Stubbs Alderton & Markiles, LLP's electronic mail system to the email addresses set forth below.

**SEE ATTACHED SERVICE LIST**

Executed on December 31, 2025 at Sherman Oaks, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Roberta Myers

Roberta Myers

## ATTACHMENT TO NOTICE OF CLIENT'S RIGHT TO FEE ARBITRATION

## SERVICE LIST

Michael Moradian, Individually
10100 W. Charleston Blvd., Ste 250
Las Vegas, NV 89135

HonorSociety.Org Inc.
c/o Michael Moradian
4471 Dean Martin Drive, Ste. 3606
Las Vegas, NV 89103

HonorSociety.Org Inc.
c/o Santoro Whitmire, Agent for Service of Process
10100 W. Charleston Blvd., Ste 250
Las Vegas, NV 89135

HonorSociety.Org Inc.
c/o Glendon Law Group, Agent for Service of Process
9275 W. Russell Rd., Ste 235
Las Vegas, NV 89148

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Steven Friedland<br>FIRM NAME: Steven Friedland, Esq. (170453)<br>STREET ADDRESS: 5805 Sepulveda Blvd., #400<br>CITY: Sherman Oaks STATE: CA ZIP CODE: 91411<br>TELEPHONE NO.: 818-908-6860 FAX NO.:<br>EMAIL ADDRESS: steven.friedland@caine-weiner.com<br>ATTORNEY FOR (name): plaintiff | | Electronically FILED by Superior Court of California, County of Los Angeles 2/25/2026 3:42 PM David W. Slayton, Executive Officer/Clerk of Court, By P. Diaz, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 6230 Sylmar Ave.<br>MAILING ADDRESS: 6230 Sylmar Ave.<br>CITY AND ZIP CODE: Van Nuys, 91401<br>BRANCH NAME: Northwest District | | |
| CASE NAME: Stubbs v. HonorSociety.org | | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 26VECV01141 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000) [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Asbestos**
- [ ] Asbestos (04)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/Unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [X] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Employment Development Department (EDD)**
- [ ] EDD decision review (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.404)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Comprehensive groundwater adjudication (47)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. Is this case complex under rule 3.400 of the California Rules of Court? [ ] Yes [X] No

If the case is complex, mark the factors requiring exceptional judicial management:

a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*:
a. [X] monetary
b. [ ] nonmonetary; declaratory or injunctive relief
c. [ ] punitive

4. Number of causes of action *(specify)*: 4

5. Is this case a class action suit? [ ] Yes [X] No

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: February 25, 2026

Steven Friedland
(TYPE OR PRINT NAME)

▶ Steven Friedland
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 of the California Rules of Court or a complex case, this cover sheet will be used for statistical purposes only.

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on pages 1 and 2. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 of the California Rules of Court is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $35,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

SEE PAGE 3 FOR INFORMATION PURPOSES ONLY.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Asbestos**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/Wrongful Death

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Product Liability *(not asbestos or toxic/ environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collections Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord-tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition re Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Employment Development Department (EDD)**
- EDD Decision Review (48) *(if the case involves an Employment Development Department decision, check this item instead of Wrongful Termination or Other Employment)*

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Comprehensive Groundwater Adjudication (47)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister-State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only Injunctive Relief Only *(non-harassment)*
  - Mechanic's Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

| SHORT TITLE Stubbs v. HonorSociety.org | CASE NUMBER 26VECV01141 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| **Applicable Reasons for Choosing Courthouse Location (Column C)** | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| SHORT TITLE Stubbs v. HonorSociety.org | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 3 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☒ 0901 Collections Case – Seller Plaintiff | (5), 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE Stubbs v. HonorSociety.org | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Contract (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| Real Property | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels _______ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| Unlawful Detainer | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| Judicial Review | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 6 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 6 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 2, 3, 6 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE Stubbs v. HonorSociety.org | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Provisionally Complex Litigation (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 3 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 3 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 6 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 6 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| Miscellaneous Civil Complaints | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 8 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 9 |
| | | ☐ 4307 Other Civil Petition | 2, 8 |

| SHORT TITLE Stubbs v. HonorSociety.org | CASE NUMBER 26VECV01141 |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON: ☐ 1. ☐ 2. ☐ 3. ☐ 4. ☒ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | | | ADDRESS: 15260 Ventura Blvd., 20th Floor |
|---|---|---|---|
| CITY: Sherman Oaks | STATE: CA | ZIP CODE: 91403 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the Northwest District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: February 25, 2026

Steven Friedland

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp<br><br>FILED<br>Superior Court of California<br>County of Los Angeles<br>02/25/2026<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: P. Diaz Deputy |
| COURTHOUSE ADDRESS:<br>Van Nuys Courthouse East<br>6230 Sylmar Avenue, Van Nuys, CA 91401 | |
| **NOTICE OF CASE ASSIGNMENT**<br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>26VECV01141 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Wendy L. Wilcox | W | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on 02/25/2026 (Date)

David W. Slayton, Executive Officer / Clerk of Court

By P. Diaz, Deputy Clerk

# INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

**APPLICATION**
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

**PRIORITY OVER OTHER RULES**
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

**CHALLENGE TO ASSIGNED JUDGE**
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

**TIME STANDARDS**
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

**COMPLAINTS**
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

**CROSS-COMPLAINTS**
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

**STATUS CONFERENCE**
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

**FINAL STATUS CONFERENCE**
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

**SANCTIONS**
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

**Class Actions**
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

***Provisionally Complex Cases**
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**Electronically FILED by Superior Court of California, County of Los Angeles 2/25/2026 3:42 PM David W. Slayton, Executive Officer/Clerk of Court, By P. Diaz, Deputy Clerk**

**NOTICE TO DEFENDANT:** HonorSociety.org Inc.; Michael Moradian;
***(AVISO AL DEMANDADO):*** and DOES 1 to 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** Stubbs Alderton & Markiles,
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** LLP

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov)*, en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org)*, en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Los Angeles
6230 Sylmar Ave.
Van Nuys, California 91401

CASE NUMBER:
*(Número del Caso):*
26VECV01141

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Steven Friedland
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven Friedland, Esq. (170453)
5805 Sepulveda Blvd., #400, Sherman Oaks, CA 91411 818-908-6860

DATE: *(Fecha)* 02/25/2026 Clerk, by *(Secretario)* P. Diaz , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles
02/26/2026
David W. Slayton, Executive Officer / Clerk of Court
By: R. Villagonzalo Deputy

COURTHOUSE ADDRESS:
Van Nuys Courthouse East
6230 Sylmar Avenue, Van Nuys, CA 91401

PLAINTIFF:
STUBBS ALDERTON & MARKILES, LLP

DEFENDANT:
HONORSOCIETY.ORG INC., et al.

## NOTICE OF CASE MANAGEMENT CONFERENCE

CASE NUMBER:
26VECV01141

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

Date: 06/25/2026 Time: 8:30 AM Dept.: W

NOTICE TO DEFENDANT: THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 02/26/2026

Judicial Officer
Wendy L. Wilcox / Judge

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☐ by depositing in the United States mail at the courthouse in Van Nuys, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

STEVEN FRIEDLAND, ESQ
5805 SEPULVEDA BLVD., 4TH FLOOR
SHERMAN OAKS, CA 91411

David W. Slayton, Executive Officer / Clerk of Court

Dated: 02/26/2026

By ____________________
Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

FOR COURT USE ONLY

**FILED**
Superior Court of California
County of Los Angeles
02/26/2026
David W. Slayton, Executive Officer / Clerk of Court
By: R. Villagonzalo Deputy

COURTHOUSE ADDRESS:
Van Nuys Courthouse East
6230 Sylmar Avenue, Van Nuys, CA 91401

PLAINTIFF(S)/PETITIONER(S):
STUBBS ALDERTON & MARKILES, LLP

DEFENDANT(S)/RESPONDENT(S):
HONORSOCIETY.ORG INC., et al.

## CLERK'S CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE

CASE NUMBER:
26VECV01141

I, David W. Slayton, Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein and that on this date I served the

**Notice of Case Management Conference of 02/26/2026**

upon each party or counsel of record in the above entitled action by electronically serving to the party or parties at the electronic address as listed below:

**"FRIEDLAND ESQ, STEVEN" <steven.friedland@caine-weiner.com>**

The electronic transmission originated from the Superior Court of California, County of Los Angeles email address eService-DoNotReply@lacourt.org at the Van Nuys Courthouse East, 6230 Sylmar Avenue, Van Nuys, CA 91401.

Dated: 02/26/2026

David W. Slayton, Executive Officer / Clerk of Court

By: R. Villagonzalo
Deputy Clerk

*Superior Court of California, County of Los Angeles*

# ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

## WHAT IS ADR?

Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

## TYPES OF ADR

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.
- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.
- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.
- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

## ADVANTAGES OF ADR

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

## DISADVANTAGES OF ADR

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

## WEBSITE RESOURCES FOR ADR

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

**Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)**

Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

**Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)**
Litigants should closely review the requirements for each program and the types of cases served.

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*