MARC J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants*
*HonorSociety.org Inc. and Michael Moradian*

RANDAZZA | LEGAL GROUP

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>HONORSOCIETY.ORG INC.; MICHAEL MORADIAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. ___________<br><br>**DEFENDANT HONORSOCIETY.ORG'S CONSENT TO REMOVAL**<br><br>Trial Date: Not Set yet |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332(a), 1441(a), and 1446, Defendant HonorSociety.org, hereby consents to the removal to this Court by Defendant Michael Moradian, the civil action from the Superior Court of the State Of California County Of Los Angeles, Northwest District entitled *Stubbs Alderton & Markiles, LLP v. HonorSociety.Org Inc., Michael Moradian, and Does 1 to 10 inclusive*, bearing Case No. 26VECV01141.



Doc ID: 737107eb442d5c17cf75df9b33de3d434bf4ce97

RANDAZZA | LEGAL GROUP

Dated: April 16, 2026.

Respectfully Submitted,

/s/ Alex J. Shepard
Alex J. Shepard, CA Bar No. 295058
Marc J. Randazza, CA Bar No. 269535
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants, HonorSociety.org Inc., and Michael Moradian

Mikal Calvert

Mikal Calvert
HonorSociety.org President



Doc ID: 737107eb442d5c17cf75df9b33de3d434bf4ce97