STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
21ST FLOOR
SHERMAN OAKS, CALIFORNIA 91403

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>HONORSOCIETY.ORG INC.; MICHAEL MORADIAN; and DOES 1 to 10 inclusive,<br><br>Defendants, | **CASE NO. 2:26-cv-04098-PD**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM-DEFENDANT STUBBS ALDERTON & MARKILES, LLP'S MOTION TO DISMISS THE COUNTERCLAIM PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE § 340.6(a)** |
| HONORSOCIETY.ORG INC.; MICHAEL MORADIAN,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP,<br><br>Counterclaim-Defendants. | **DATE: July 31, 2026**<br>**TIME: 1:30 p.m.**<br>**COURTROOM: 580, 5th Floor**<br>**JUDGE: Honorable Patricia Donahue**<br><br>**Counterclaim Filed: April 23, 2026**<br>**Trial Date: None Set** |

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
21ST FLOOR
SHERMAN OAKS, CALIFORNIA 91403

The Court, having read and considered Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP's ("SAM") Motion to Dismiss the Counterclaim of Defendants and Counterclaim-Plaintiffs HonorSociety.Org Inc. and Michael Moradian (collectively, "Honor Society") (the "Motion"), the opposition and reply papers filed therein, and finding good cause therein, HEREBY ORDERED THAT:

1. The Motion is **GRANTED**, pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.
2. Honor Society's claims against SAM for Breach of Contract, Tortious Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Money Had and Received, and Accounting are time barred, pursuant to California Code of Civil Procedure section 340.6(a).
3. Honor Society's Counterclaim is therefore dismissed in its entirety with prejudice, because further amendment would be futile.

**IT IS SO ORDERED.**

DATED: ______________ ____________________________________

Hon. Patricia Donahue
United States Magistrate Judge