Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants and Counterclaim-Plaintiffs, HonorSociety.org Inc. and Michael Moradian*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>HONORSOCIETY.ORG INC.; MICHAEL MORADIAN; and DOES 1 to 10 inclusive,<br><br>Defendants and Counterclaim-Plaintiffs. | CASE NO. 2:26-cv-04098-PD<br><br>**Stipulation to Continue Hearing on Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP's Motion to Dismiss the Counterclaim Pursuant to Federal Rules of Civil Procedure 12(b)(6) and California Code of Civil Procedure § 340.6(a)**<br><br>Trial Date: Not Yet Set<br>Hearing Date: July 31, 2026<br>Hearing Time: 1:30 p.m. |

Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP ("SAM") and Defendants and Counterclaim-Plaintiffs HonorSociety.org Inc. ("Honor Society") and Michael Moradian (collectively, the "Parties") stipulate to continue the hearing on SAM's Motion to Dismiss Counterclaim-Plaintiffs'

Counterclaim (ECF No. 13) from July 31, 2026, to August 7, 2026, or as soon thereafter as the motion may be heard. In support, the Parties state as follows:

1. On June 29, 2026, SAM filed its Motion to Dismiss (ECF No. 13) Counterclaim-Plaintiffs' Counterclaim (ECF No. 4). The hearing on that motion is currently set for July 31, 2026.

2. Under L.R. 7-9, Counterclaim-Plaintiffs' opposition to the Motion to Dismiss is due 21 days before the July 31 hearing, meaning July 10, 2026.

3. Due to an unexpected increase in emergency matters for other cases on which Counterclaim-Plaintiffs' counsel is working, Counterclaim-Plaintiffs are unable to draft and file a fulsome opposition to SAM's Motion to Dismiss by July 10.

4. A one-week extension of this deadline, to July 17, 2026, will provide Counterclaim-Plaintiffs adequate time to file a comprehensive response.

5. Under L.R. 7-10, SAM's reply in support of its Motion to Dismiss is currently due 14 days before the July 31 hearing, or July 17, 2026. It would not be reasonable for SAM to be required to draft and file its reply in one day.

6. To provide the Court adequate time to review the Parties' briefing on the Motion to Dismiss in advance of the hearing, the Parties thus stipulate, subject to the Court's approval, to continuing the hearing on the Motion to Dismiss by one

week, to August 7, 2026, or as soon thereafter as the Motion to Dismiss may be heard.

7. The Parties further stipulate that Counterclaim-Plaintiffs' opposition to the Motion to Dismiss shall be due no later than July 17, 2026.

8. The Parties further stipulate that SAM's reply in support of its Motion to Dismiss shall be due either July 24, 2026, or 14 days prior to the continued hearing date, whichever is later.

9. This is the first request to continue the hearing on SAM's Motion to Dismiss. The requested continuance is sought in good faith and not for the purpose of delay. No party will be prejudiced by the continuance, and all Parties stipulate to it.

Respectfully submitted:

July 10, 2026

/s/ Alex J. Shepard
Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants and Counterclaim-Plaintiffs, HonorSociety.org Inc., and Michael Moradian

July 10, 2026

/s/ Michael Feenberg
Michael Feenberg, SBN 185450
NEMECEK COLE
16255 Ventura Blvd., Suite 300
Encino, CA 91436
Telephone: 818-788-9500
mfeenberg@nemecek-cole.com

Attorneys for Plaintiff and Counterclaim-Defendant, Stubbs Alderton & Markiles, LLP,

July 10, 2026

/s/ Jeffrey F. Gersh

Jeffrey F. Gersh, SBN 87124
Jose A. Meneses, SBN 346449
STUBBS ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 21st Floor
Sherman Oaks, CA 91403
Telephone: 818-444-9222
jgersh@stubbsalderton.com
jmeneses@stubbsalderton.com

Attorneys for Plaintiff and Counterclaim-Defendant, Stubbs Alderton & Markiles, LLP,

July 10, 2026

/s/ Steven L. Friedland

Steven L. Friedland, SBN 170453
CAINE & WEINER
5805 Sepulveda Blvd., #400
Sherman Oaks, CA 91411
Telephone: 818-908-6860
Steven.Friedland@Caine-Weiner.com

Attorneys for Plaintiff and Counterclaim-Defendant, Stubbs Alderton & Markiles, LLP,

Case No. 2:26-cv-04098-PD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard