Marc J. Randazza, SBN 269535
Alex J. Shepard, SBN 295058
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste B
Las Vegas, Nevada 89147
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants and Counterclaim-Plaintiffs,*
*HonorSociety.org Inc. and Michael Moradian*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>HONORSOCIETY.ORG INC.; MICHAEL MORADIAN; and DOES 1 to 10 inclusive,<br><br>Defendants and Counterclaim-Plaintiffs. | CASE NO. 2:26-cv-04098-PD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |

The Court, having considered the parties' Stipulation to Continue Hearing on Stubbs Alderton & Markiles, LLP's Motion to Dismiss, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation to Continue Hearing is GRANTED.

IT IS FURTHER ORDERED that the hearing on Stubbs Alderton & Markiles, LLP's Motion to Dismiss, currently set for July 31, 2026, at 1:30 p.m., is continued to ________________________ at ___:_____ a.m. / p.m.

IT IS FURTHER ORDERED that Counterclaim-Plaintiffs' opposition to the Motion to Dismiss shall be filed no later than July 17, 2026.

IT IS FURTHER ORDERED that Stubbs Alderton & Markiles, LLP's reply in support of the Motion to Dismiss shall be filed by July 24, 2026, or 14 days before the hearing on the Motion to Dismiss, whichever is later.

**IT IS SO ORDERED.**

DATED: ___________________ ________________________________

Hon. Patricia Donahue
United States Magistrate Judge