## SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:** Stubbs Alderton & Markiles, LLP v. HonorSociety.Org Inc., et al.
**CASE NO.:** 2:26-cv-04098-PD

| **Matter** | **Recommended Number Of Weeks Before FPTC** | **Stipulated Dates (may differ from recommended)** |
|---|---|---|
| Trial Date (**Monday at 8:30 am**)<br>Jury ☐ Bench ☑<br>Length: 4 to 10 days | n/a | June 21, 2027 |
| Final Pretrial Conf., LR 16; Hearing on Motions *in Limine* (**at 1:30 pm**)<br>▪ To be filed five court days before: (Proposed) Pretrial Conf. Order; optional *Voir Dire*; Joint Statement of the Case; Joint Witness List; Glossary; Joint Exhibit List | n/a | June 18, 2027 |
| Initial Pretrial Conf. (LR 16)(**at 1:30 pm**)<br>▪ To be filed 14 calendar days before: Motions *in Limine* (max. 4); Memorandum of Contentions of Fact and Law (LR 16-4); Joint and Disputed Jury Instructions; Verdict Forms<br>▪ To be filed 7 calendar days before: Oppositions to Motions *in Limine* | 2 | June 4, 2027 |
| Last day to conduct Settlement Conf./ADR (LR 16-15)<br>Choose one:<br>☐ Magistrate Judge ______________ (cleared in advance)<br>☐ Attorney Settlement Officer Panel<br>☑ Private ADR | 5 | May 14, 2027 |
| Last day for **hearing** on dispositive motions | 12 | March 26, 2027 |
| Expert Discovery Cut-off | 13 | March 19, 2027 |
| Expert Disclosure (rebuttal) | 14 | March 12, 2027 |

| | | |
|---|---|---|
| Expert Disclosure (initial) | 16 | Feb. 26, 2027 |
| All Discovery Cut-off, including hearing on all discovery motions | 18 | Feb. 12, 2027 |
| Last day to amend pleadings or add parties<br>NOTE: Doe Defendants will be dismissed as of this date. | 24 | Jan. 1, 2027 |
| Status Conference (**at 1:30 pm**) | 24<br>(must be held at least six weeks before Discovery Cut-off) | Jan. 1, 2027 |
| Last day for filing motion for class certification (if applicable) | | N/A |
| Hearing on motion for class certification (if applicable) | | N/A |