**NEMECEK COLE**
Michael Feenberg (SBN 185450)
mfeenberg@nemecek-cole.com
16255 Ventura Blvd., Suite 300
Encino, CA 91436
Tel. (818) 788-9500

**STUBBS ALDERTON & MARKILES, LLP**
Jeffrey F. Gersh (SBN 87124)
jgersh@stubbsalderton.com
Jose A. Meneses (SBN 346449)
jmeneses@stubbsalderton.com
15260 Ventura Blvd., 21st Floor
Sherman Oaks, CA 91403
Tel. (818) 444-9222

Attorneys for Plaintiff and Counterclaim-Defendant,
Stubbs Alderton & Markiles, LLP

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
21ST FLOOR
SHERMAN OAKS, CALIFORNIA 91403

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STUBBS ALDERTON & MARKILES, LLP,<br><br>Plaintiff,<br><br>v.<br><br>HONORSOCIETY.ORG INC.; MICHAEL MORADIAN; and DOES 1 to 10 inclusive,<br><br>Defendants, | **CASE NO. 2:26-cv-04098-PD**<br><br>**SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT STUBBS ALDERTON & MARKILES, LLP'S MOTION TO DISMISS THE COUNTERCLAIM PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND CALIFORNIA CODE OF CIVIL PROCEDURE § 340.6(a)** |
| HONORSOCIETY.ORG INC.; MICHAEL MORADIAN,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>STUBBS ALDERTON & MARKILES, LLP,<br><br>Counterclaim-Defendant. | **DATE: August 7, 2026**<br>**TIME: 10:00 a.m.**<br>**COURTROOM: 580, 5th Floor**<br><br>**Counterclaim Filed: April 23, 2026**<br>**Trial Date: None Set** |

STUBBS ALDERTON & MARKILES, LLP
15260 VENTURA BLVD.
21ST FLOOR
SHERMAN OAKS, CALIFORNIA 91403

On August 7, 2026, the Court held the hearing on Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP's ("SAM") Motion to Dismiss the Counterclaim Pursuant to Federal Rules of Civil Procedure 12(b)(6) and California Code of Civil Procedure § 340.6(a). At the hearing, the Court requested SAM's counsel to provide supplemental authority in support of its position that Mississippi's Code of Professional Conduct cannot be the basis of a civil liability. Pursuant to that request, SAM attaches hereto as Exhibit A a copy of the relevant portions of Mississippi's Code of Professional Conduct. For the Court's convenience, the relevant portions are highlighted on page 8 of Exhibit A.

Respectfully submitted,

DATED: August 7, 2026

**STUBBS, ALDERTON & MARKILES, LLP**

By: */s/ Jeffrey F. Gersh*
Jeffrey F. Gersh
Jose A. Meneses

Attorneys for Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP

DATED: August 7, 2026

**NEMECEK COLE**

By: */s/ Michael Feenberg*
Michael Feenberg

Attorneys for Plaintiff and Counterclaim-Defendant Stubbs Alderton & Markiles, LLP