UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-04098-PD Date: August 7, 2026

Title *Stubbs Alderton and Markiles, LLP v. HonorSociety.org Inc., et al.*

---

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 08/07/26 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey F. Gersh<br>Jose A. Meneses<br>Michael Feenberg | Alex James Shepard |

**Proceedings:** **Hearing on Motion to Dismiss the Counterclaim, Dkt. No. 13**

On August 7, 2026, the Court held a hearing on the Motion to Dismiss the Counterclaim. Dkt. No. 13. The Motion is under submission.

:35